# Richard F Weimer

## Keller Williams Capital Partners Reality

**100 E Wilson Bridge Rd**

**Worthington Oh., 43085**

rfweimer@aol.com

**614 330-4269**

June 17, 2015

Subject:   Letter of Opinion

Property:  2272 Holt  Ave

              Columbus  OH.  43219

To whom it may concern,

   As a Real Estate professional of fourteen years plus,  licensed in both Ohio and Florida,  and after reviewing the age and condition of the above said property as well as the current condition of the Real Estate market, it is my opinion that the fair Market Value of the said property is between $39,500 and $36,000.

   This opinion is based on the current condition of the property, repairs (or updating) needed to bring the property up to the comparables in the market.  The above said property has been neglected and is in need of a complete renovation.  Comparables of the above said property and recent sales in the area range from $28,000 to $59,000.  Recent sales in the area have been pricing out between $26/sqft and $51/sqft with the medium being $38/sqft.

If I were to list this property today, due to it's current condition, I would list it, "As Is", for $39,500. I believe that the value of the property is $36,000.


*Richard F Weimer*

**Cc:  Ric Daniell, Attorney at Law**